The People of the State of New York, Respondent, v Elaina J. Mead, Also Known as Elaina Mead, Appellant. [9 NYS3d 901]—Appeal from a judgment of the Genesee County Court (Robert C. Noonan, J.), rendered December 4, 2013. The judgment convicted defendant, upon her plea of guilty, of attempted menacing a police officer or peace officer.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Scudder, P.J., Carni, Sconiers, Valentino and Whalen, JJ.

 The People of the State of New York, Respondent, v Adam C. Smith, Appellant. [9 NYS3d 897]—Appeal from a judgment of the Cayuga County Court (Thomas G. Leone, J.), rendered October 17, 2013. The judgment convicted defendant, upon his plea of guilty, of criminal sale of a controlled substance in the third degree and conspiracy in the fourth degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Scudder, P.J., Carni, Sconiers, Valentino and Whalen, JJ.